**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thelton JACOB, a.k.a. Dred, a.k.a.**
**Boogie, a.k.a. Paul Jacob,**
**Defendant–Appellant.**

No. 15–14998
Non–Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 07/15/2016

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Robert P. Barclift, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff–Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Martin DerOvanesian, Federal Public Defender, Fort Myers, FL, Thelton Jacob, FCI Coleman Medium—Inmate Legal Mail, Coleman, FL, for Defendant–Appellant

Before HULL, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

The Office of the Federal Public Defender, appointed appellate counsel for Thelton Jacob in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jacob's conviction and sentence are **AFFIRMED**.